# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **TAYR KILAAB AL GHASHIYAH (KHAN),** | **JUDGMENT IN A CIVIL CASE** |
| **Petitioner,** | 09-cv-236-slc |
| v. | |
| **PETER HUIBREGTSE, Warden, Wisconsin Secure Program Facility,** | |
| **Respondent.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the document styled as a petition for a writ of habeas corpus filed by Tayr K. al Ghashiyah (Khan) is DISMISSED. Petitioner's challenges to his 1985 and 1986 judgments of convictions are DISMISSED for lack of jurisdiction. Petitioner's challenges to the refusal of the Department of Corrections to release him on parole are DISMISSED WITHOUT PREJUDICE on the ground that they are not properly brought in a habeas corpus petition.

**PETER A. OPPENEER**
_____
**Peter A. Oppeneer, Clerk**

**Connie A. Korth**                                                      6/3/09
_____        _____
**by Deputy Clerk**                                                      Date