IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

TAYR KILAAB AL GHASHIYAH (KHAN),

              Petitioner,                              ORDER

      v.                                                 09-cv-236-slc

PETER HUIBREGTSE, Warden,
Wisconsin Secure Program Facility,

              Respondent.

---

      Tayr K. al Ghashiyah (Khan) has filed a motion for reconsideration of the court's order and judgment entered June 2, 2009, dismissing his petition for a writ of habeas corpus. In the order, I found that petitioner's challenge to the Department of Corrections' refusal to release him on parole had to be brought as a § 1983 civil action and could not be raised in a habeas petition. I also found that, to the extent petitioner was challenging his underlying conviction, it was a successive challenge over which this court lacked jurisdiction. Nothing in petitioner's motion for reconsideration convinces me that I committed any errors of law or fact in reaching these conclusions. Accordingly,

ORDER

IT IS ORDERED that motion for reconsideration filed by Tayr K. al Ghashiyah (Khan) is DENIED.

Entered this 26th of June, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge